IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL CROCKER, Trustee, and<br>GWENDOLYN TRAVIS,<br><br>    Plaintiffs,<br><br>v.<br><br>POOL & SPA DEPOT, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)   NO. 3:07-0498<br>)   JUDGE HAYNES<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 15th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge